IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROSS COOK                              )
                                       )          No. 3-14-0371
v.                                     )
                                       )
LIFE CREDIT UNION                      )

O R D E R

By order entered July 24, 2014 (Docket Entry No. 16), Judge Nixon recused himself in this

case and the case was reassigned to Chief Judge Haynes.

The Clerk is directed to forward the file to Chief Judge Haynes.

Because Chief Judge Haynes normally conducts his own case management, unless otherwise

directed by the Court, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge